In the Matter of NEWTOWN GAS COMPANY v. PUBLIC SERVICE COM-

MISSION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.